```
 1  Harry Frank Scolinos, #62704
    Todd F. Nevell, #170054
 2  SCOLINOS, SHELDON & NEVELL
    70 South Lake Avenue, Suite 660
 3  Pasadena, California 91101
    Telephone:  (626) 793-3900
 4  Facsimile:   (626) 568-0930
    tnevell@ssn-law.net
 5
    Attorneys for Plaintiff,
 6  ELIZABETH FREI
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ELIZABETH FREI, | ) | CASE NO.:  05-1191 EDL |
|---|---|---|
| Plaintiff, | ) ) ) ) | **STIPULATION AND [PROPOSED] ORDER FOR FILING OF AMENDED COMPLAINT AND TO TAKE DEFENDANT HARTFORD LIFE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT OFF CALENDAR** |
| vs. | ) ) ) ) | |
| HARTFORD LIFE INSURANCE COMPANY and DOES 1 through 200, Inclusive, | ) ) ) ) | |
| Defendants. | ) ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of records, that the Credit Suisse First Boston Corporation long term disability plan and underlying insurance policy issued by Hartford Life Insurance Company through which Plaintiff seeks to recover benefits in this action is a plan governed by the Employee Retirement Income Security Act of 1974 ("ERISA").  As such, the parties request Defendant Hartford Life Insurance Company's Motion for Summary Judgment on the grounds of ERISA preemption, which is scheduled for hearing on September 27, 2005, be taken off calendar.

IT IS FURTHER STIPULATED that Plaintiff may file an Amended Complaint asserting

an ERISA cause of action for recovery of benefits pursuant to 29 U.S.C. § 1132(a)(1). A copy of Plaintiff's amended complaint is filed herewith. Defendant will file a response within 20 days from the entry of the Court's order allowing such amendment.

Dated: September 5, 2005          SCOLINOS, SHELDON & NEVELL


                                  By _____/S/_____
                                  *Todd F. Nevell
                                  Attorneys for Plaintiff,
                                  ELIZABETH FREI


Dated: September 5, 2005          SEDGWICK, DETERT, MORAN & ARNOLD, LLP


                                  By _____/S/_____
                                  Michelle McIsaac
                                  Attorneys for Defendant,
                                  HARTFORD LIFE INSURANCE COMPANY


* I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.


IT IS SO ORDERED.

DATE: September 7, 2005          _____
                                 UNITED STATES DISTRICT COURT JUDGE

*(Signed: Judge Elizabeth D. Laporte — IT IS SO ORDERED seal)*

-2-
STIPULATION AND [PROPOSED] ORDER FOR FILING OF
AMENDED COMPLAINT