1  Harry Frank Scolinos, #62704
   Todd F. Nevell, #170054
2  **SCOLINOS, SHELDON & NEVELL**
   225 South Lake Avenue, 14th Floor
3  Pasadena, California 91101
   Telephone: (626) 793-3900
4  Facsimile: (626) 568-0930
   tnevell@ssn-law.net
5
   Attorneys for Plaintiff,
6  ELIZABETH FREI

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 ELIZABETH FREI,                )  CASE NO.: 05-1191 EDL
                                  )
12                                )
                Plaintiff,        )
13                                )  **STIPULATION AND [PROPOSED]**
                                  )  **ORDER TO CONTINUE THE HEARING**
14                                )  **DATE FOR DEFENDANT HARTFORD**
                                  )  **LIFE INSURANCE COMPANY'S**
15 vs.                            )  **MOTION FOR SUMMARY**
                                  )  **JUDGMENT**
16                                )
   HARTFORD LIFE INSURANCE        )
17 COMPANY and DOES 1 through 200,)
   Inclusive,                     )
18                                )
                Defendants.       )
19 _____)

20
            IT IS HEREBY STIPULATED by and between the parties hereto, through their respective
21
   attorneys of record, that the hearing on the Motion for Summary Judgment of Defendant Hartford
22
   Life Insurance, and the last date for hearing on dispositive motions, be continued from January 24,
23
   2006 to February 14, 2006 at 9:00 a.m. in Courtroom E, 15th Floor, 450 Golden State Avenue, San
24
   Francisco, California.  Good cause for the continuance exists as (1) the parties are participating in
25
   a mediation on January 12, 2006 before Robert Luft, Esq at JAMS-San Jose, and the short
26
   continuance will allow the parties to prepare for and attend the mediation without the necessity of
27
   plaintiff preparing and filing a memorandum in opposition to the motion prior to the mediation;
28

---
-1-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE
MOTION FOR SUMMARY JUDGMENT

1  and (2) the Court continued on its own motion the previously set hearing date of January 10, 2006
2  to January 24, 2006, but neither parties' counsel is available on January 24, 2006, and February
3  14, 2006 is the next available date on the Court's calendar.

4       IT IS FURTHER STIPULATED that in the event the case is not resolved at the mediation,
5  plaintiff's opposition to the Summary Judgment must be filed and served on or before January 24,
6  2006 and Defendants' reply, if any, must be filed and served on or before January 31, 2006.

7       IT IS SO STIPULATED:

8  Dated: December 29, 2005         SCOLINOS, SHELDON & NEVELL

10                                        By _____/S/_____
11                                        *Todd F. Nevell, Esq.
                                      Attorneys for Plaintiff,
12                                        ELIZABETH FREI

14  Dated: December 29, 2005.        SEDGWICK, DETERT, MORAN & ARNOLD, LLP

17                                        By _____/S/_____
                                      Dennis G. Rolstad, Esq.
18                                        Attorneys for Defendant,
                                      HARTFORD LIFE INSURANCE COMPANY

20  * I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

22  IT IS SO ORDERED.

24  DATE: December 30, 2005            _____
                                    UNITED STATES DISTRICT JUDGE

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED — Judge Elizabeth D. Laporte, signed]*