IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH FREI,

    Plaintiff,

v.

HARTFORD LIFE INSURANCE COMPANY,

    Defendant.

No. C-05-01191 EDL

**ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S CROSS-MOTION**

    In her brief filed in opposition to Defendant's motion for summary judgment, Plaintiff cross-moved for summary judgment. The next day, Defendant filed a motion to strike Plaintiff's cross-motion as untimely and improperly noticed. Defendant is correct that Plaintiff's motion is untimely. According to the Court's October 5, 2005 Case Management and Pretrial Order for Court Trial, the last day to file dispositive motions was December 13, 2005. Plaintiff's cross-motion was not filed until January 24, 2006, which was the deadline for filing her opposition to Defendant's motion because the hearing on the motion had been continued from January 17, 2006 to February 14, 2006. Plaintiff did not seek relief from the court-ordered deadline, nor did she provide any explanation for her late-filed motion. Further, Plaintiff improperly noticed her cross-motion for February 14, 2006, rather than thirty-five days after service of the motion, as required by Civil Local Rule 7-2(a). Accordingly, Plaintiff's cross-motion for summary judgment is stricken as untimely and improperly

//
//
//
//

1  noticed. The Court does not strike Plaintiff's January 24, 2006 brief filed in opposition to
2  Defendant's motion.
3  **IT IS SO ORDERED.**
4  Dated: February 3, 2006

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge