1  SCOLINOS, SHELDON & NEVELL
   HARRY FRANK SCOLINOS  Bar No. 62704
2  TODD F. NEVELL  Bar No. 170054
   225 South Lake Avenue, 14th Floor
3  Pasadena, California 91101
   Telephone:  (626) 793-3900
4  Facsimile:  (626) 568-0930
   tnevell@ssn-law.net
5
   Attorneys for Plaintiff
6  ELIZABETH FREI

7
   SEDGWICK, DETERT, MORAN & ARNOLD LLP
8  BRUCE D. CELEBREZZE  Bar No. 102181
   DENNIS G. ROLSTAD  Bar No. 150006
9  MICHELLE McISAAC  Bar No. 215294
   One Market Plaza
10 Steuart Tower, 8th Floor
   San Francisco, California 94105
11 Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
12 dennis.rolstad@sdma.com

13 Attorneys for Defendant
   HARTFORD LIFE INSURANCE COMPANY
14

15
                     UNITED STATES DISTRICT COURT
16
                    NORTHERN DISTRICT OF CALIFORNIA
17

18 ELIZABETH FREI,                    CASE NO. C 05-1191 EDL

19         Plaintiff,                 **STIPULATION AND [PROPOSED]
                                      ORDER EXTENDING TIME TO FILE
20     v.                             COST BILLS AND MOTIONS FOR
                                      ATTORNEYS' FEES**
21 HARTFORD LIFE INSURANCE
   COMPANY and DOES 1 through 200,
22 inclusive,

23         Defendants.

24

25

26      IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto,

27 through their respective attorneys of record, that the deadline for the filing of cost bills and

28 motions for attorneys' fees be extended from March 22, 2006 to April 5, 2006.

                                          -1-              CASE NO. C 05-1191 EDL
STIP. AND [PROP.] ORDER EXTENDING TIME TO FILE COST BILL AND MOT. FOR ATTORNEYS' FEES

1  This continuance is being requested because plaintiff's counsel is engaged in trial in Los
2  Angeles Superior Court, Department "J," in the matter of <u>Tenney v. Pomona Valley Hospital</u>
3  <u>Medical Center (Moore)</u>, Case Number KC045654, through March 22, 2006.
4  IT IS FURTHER HEREBY STIPULATED AND AGREED that entry into this
5  stipulation does not mean that either party is entitled to attorneys' fees at this stage of the
6  proceeding pending further administrative review on remand, or that the Court should relinquish
7  jurisdiction of this matter, all such arguments being expressly retained by the parties.
8  SO AGREED AND STIPULATED.
9  DATED: March 20, 2006                    SCOLINOS, SHELDON & NEVELL
10
11
12                                                       By:s/Todd F. Nevell
                                                            TODD F. NEVELL
13                                                          Attorneys for Plaintiff
                                                            ELIZABETH FREI
14
15
16  DATED: March 17, 2006                    SEDGWICK, DETERT, MORAN & ARNOLD LLP
17
18
19                                                       By:s/Dennis G. Rolstad
                                                            DENNIS G. ROLSTAD
20                                                          Attorneys for Defendant
                                                            HARTFORD LIFE INSURANCE COMPANY
21
22                                                       <u>ORDER</u>
23  IT IS SO ORDERED.
24
25  DATED:  March 22, 2006
                                                         _____
26                                                       UNITED STATES DISTRICT COURT JUDGE
                                                         NORTHERN DISTRICT OF CALIFORNIA

*[Signature seal: IT IS SO ORDERED / Judge Elizabeth D. Laporte / United States District Court, Northern District of California]*

27
28