United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH FREI, | No. C-05-01191 EDL |
| Plaintiff, | **ORDER VACATING MAY 16, 2006 HEARING DATE** |
| v. | |
| HARTFORD LIFE INSURANCE COMPANY, | |
| Defendant. / | |

Having reviewed the parties' submissions for Defendant's Motion Requesting the Court to Retain Jurisdiction During Remand and Determine that Requests for Attorneys' Fees are Premature and Plaintiff's Motion for Attorney Fees, the Court determines that both motions are appropriate for decision without a hearing. The Court accordingly vacates the hearing scheduled for May 16, 2006 and takes both motions under submission.

**IT IS SO ORDERED.**

Dated: May 12, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge