**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   ELIZABETH FREI,                          No. C-05-01191 EDL

9            Plaintiff,                       **ORDER REQUESTING JOINT STATUS REPORT**

10     v.

11   HARTFORD LIFE INSURANCE COMPANY,

12            Defendant.
                                         /
13

14          This Court previously entered an order retaining jurisdiction while this matter is on remand

15   so that the Court may review the ultimate benefits determination without the need for any party to

16   file new case.  The Court hereby ORDERS that the parties shall submit a joint status report to the

17   Court no later than January 4, 2008  notifying the Court of the status of the remanded matter and

18   whether judgment may be entered in this case.

19          **IT IS SO ORDERED.**

20   Dated: December 13, 2007

21                                          ELIZABETH D. LAPORTE
                                            United States Magistrate Judge
22

23

24

25

26

27

28